IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY JEROME WILKES,

    Plaintiff,                    No. CIV S-03-1591 FCD KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                ORDER

_____/

        On May 9, 2005, plaintiff filed a "motion for discovery pursuant to Fed. R. Civ. P. 26 through 37." That document was not served on defendants. Plaintiff is reminded that, as provided in the discovery order issued April 7, 2005, discovery requests are to be served only on the party from whom or which discovery is sought, and not on the court unless required by a federal or local rule. Plaintiff also is advised that every document properly submitted to the court for consideration (for example, a motion to compel to discovery following efforts to obtain discovery directly from a party) must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted in hard copy format to the court (e.g., by a prisoner proceeding pro se) must include a certificate

1

1  stating the date an accurate copy of the document was mailed to defendants or their attorney and
2  the address to which it was mailed.  See Local Rule 5-135(b) and (c).
3           Accordingly, IT IS HEREBY ORDERED that plaintiff's May 9, 2005 "motion for
4  discovery pursuant to Fed. R. Civ. P. 26 through 37" is denied without prejudice.  Plaintiff is
5  cautioned that failure to properly serve any documents subsequently filed in this action, and
6  failure to include a proper certificate of service with such filing, may result in a recommendation
7  that this action be dismissed.
8  DATED:  May 19, 2005.

```
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE
```

/kf
wilk1591.35

2