LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. JEFFREY JEROME-WILKES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO DEPUTYS MR. NATE GREEN, SHERIFF'S DEPARTMENT AND MR. DARREN TREAT, SACRAMENTO COUNTY MAIN JAIL,<br><br>　　　　Defendants.<br>_____/ | Case No.: CIV.S-03-1591 FCD KJM-P<br><br>**ORDER GRANTING DEFENDANTS' MOTION REQUESTING LEAVE OF COURT TO DEPOSE PLAINTIFF CONFINED IN STATE PRISON** |

The Court has reviewed the written materials on file and this Motion Requesting Leave of Court to Depose Plaintiff Confined in Prison.

**IT IS HEREBY ORDERED** that Defendants COUNTY OF SACRAMENTO, DEPUTY NATE GREEN, DEPUTY DAVID TREAT (sued and served herein as DARREN TREAT) and SACRAMENTO COUNTY MAIN JAIL are granted leave to take the deposition of Plaintiff at the Salinas Valley State Prison on July 8, 2005.

Dated: May 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1