IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY JEROME WILKES,

    Plaintiff,                                      No. CIV-S-03-1591 FCD KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendant.                                 ORDER

_____/

        On May 27 and 31, 2005, the court received a letter from the Department of Corrections, notifying the court that plaintiff has died.  In addition, a notice sent to plaintiff was returned to the court on June 2, 2005, with the notation that plaintiff was deceased.

        Accordingly, defendant will be directed to serve the suggestion of death upon the record and upon plaintiff's last known address in compliance with Federal Rules of Civil Procedure 25(a)(1) and 5(b)(2)(B).  See Chobot v. Powers, 169 F.R.D. 263, 266 (W.D. N.Y. 1996).  Such service will trigger the ninety day period for substitution or dismissal provided for in Rule 25(a)(1).

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that defendant shall serve the
2  suggestion of death upon the record as provided by Federal Rule of Civil Procedure 25(a)(1)
3  within twenty days of this order and shall file a certificate of service with the court.
4  DATED: June 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

wilk1591.25(a)