IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY JEROME WILKES,

    Plaintiff,    No. CIV S-03-1591 FCD KJM P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.    ORDER

_____/

    On June 27, 2005, a suggestion of plaintiff's death was placed upon the record. No party has moved for substitution of his legal representative in this action. Accordingly, this action must be dismissed. <u>Weil v. Investment/Indicators, Research and Management, Inc.</u>, 647 F.2d 18, 21 n.5 (9th Cir. 1981); Fed. R. Civ. P. 25(a)(1).

    Accordingly, IT IS ORDERED that the action is dismissed.

DATED: September 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
wilk1591.dis

1